# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16-cv-100-NT |
| | ) |
| CITY OF AUGUSTA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 28th of November, 2016.